# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| STEVE RIDDICK, | ) Civil Action No. 7:20-cv-00561 |
| Plaintiff, | ) |
| v. | ) **MEMORANDUM OPINION** |
| | ) |
| WARDEN JEFFERY KISER, *et al.*, | ) By: Hon. Thomas T. Cullen |
| Defendants. | ) United States District Judge |

Steve Riddick, a Virginia inmate proceeding pro se, filed this civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that prison officials have repeatedly served his meals on damaged food trays. By opinion and order entered January 29, 2021, the Hon. Glen E. Conrad, Senior United States District Judge, summarily dismissed the case under 42 U.S.C. § 1997e(c)(1) for failure to state a claim upon which relief could be granted under § 1983. *Riddick v. Kiser,* No. 7:20CV00561, 2021 WL 312341, at *1-2 (W.D. Va. Jan. 29, 2021) (finding that Riddick's factual allegations concerning damaged food trays failed to state any constitutional claim actionable under § 1983).

Riddick then filed a "motion for reconsideration [and] to reinstate." (ECF No. 16.) In that motion, Riddick merely repeats allegations presented with his complaint. In short, the court finds no basis in the motion on which Riddick is entitled to relief from the dismissal order in this case. Therefore, the court will deny his motion seeking reinstatement.

The clerk is directed to forward a copy of this Memorandum Opinion and accompanying Order to Plaintiff.

**ENTERED** this 14th day of July, 2021.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE